IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TINA VARNER, *et al.*, | * |
| Plaintiffs, | * |
| vs. | *  CASE NO. 4:17-CV-231 (CDL) |
| THE UNITED STATES OF AMERICA, | * |
| Defendant. | * |

O R D E R

Plaintiffs assert that the medical team at Martin Army Community Hospital committed malpractice during and after the delivery of their baby, causing severe injuries to the baby. The Government seeks summary judgment only on Plaintiffs' claims that post-delivery negligence by the resuscitation team contributed to the baby's injuries. Based on the Court's review of the parties' briefs and citations to the record, the Court finds that genuine fact disputes exist on whether the medical team committed post-delivery negligence that contributed to the baby's injuries. Therefore, the Government's motion for partial summary judgment (ECF No. 31) is denied.

IT IS SO ORDERED, this 1st day of July, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA